1  | JOSEFINA RAMOS
2  | 221 N. SPRUCE ST.
   | MONTEBELLO, CA 90640
   | TEL: (213) 359 - 3581
3  | NO FAX, NO E-MAIL
4  | Plaintiff, In Pro Per

FILED

2011 FEB -1 PM 2: 33

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CV 11-00983 GW (JCx)

JOSEFINA RAMOS an individual,      ) Case No.:
                                   )
                Plaintiff,         )
                                   )
         v.                        ) **COMPLAINT FOR RECISSION**
                                   ) **AND DAMAGES, 15 U.S.C. §1635, 12**
ONE WEST BANK FSB, MORTGAGE        ) **C.F.R. §226, 12 U.S.C. §2601, ET.**
                                   ) **SEQ., QUIET TITLE, AND CALIFORNIA**
ELECTRONIC REGISTRATION SYSTEMS    ) **UNFAIR BUSINESS PRACTICE.**
                                   )
INC AS NOMINEE FOR INDYMAC BANK    )
                                   ) **DEMAND FOR JURY TRIAL**
FSB,QUALITY LOAN SERVICE CORP      )
                                   )
                Defendants         )
                                   )
                                   )

COMES NOW, Plaintiff JOSEFINA RAMOS (hereinafter "Plaintiff" or "RAMOS") file this civil action alleging that their Federal and state rights were violated as follows:

## INTRODUCTION AND NATURE OF CONTROVERSY

1. This is a Truth-In-Lending ("TILA") and Real Estate Settlement Procedure Act ("RESPA") case in which Plaintiff JOSEFINA RAMOS was

1   fraudulently induced to enter into a loan and JOSEFINA RAMOS executed
2   a deed of trust encumbering her home ("Mortgage Loan") through the use
3   of unfair and deceptive acts and practices in violation of the Truth-
4   in-Lending Act and the Real Estate Settlement Procedures Act, as well
5   as state laws. Fraudulent representations concerning the payment terms
6   of the Mortgage Loan were made to the Plaintiff to include JOSEFINA
7   RAMOS to enter into the Mortgage Loan. In addition, material
8   disclosures in relation to the Mortgage Loan, required pursuant to the
9   Truth-in-Lending Act and its implementing Regulation, and required
10  pursuant to the Real Estate Settlement Procedures Act and its
11  implementing Regulation, were concealed from JOSEFINA RAMOS. Nor was
12  JOSEFINA RAMOS provided with a proper number of notices of her rights
13  to cancel the transaction within the time period required by law, all
14  in violation of Plaintiff's clearly established rights under federal
15  and state statutory and Common law. In addition, Defendant ONE WEST
16  BANK FSB and/or its agents, intentionally hide documents from
17  Plaintiff related to the Mortgage Loan with the intention of Harming
18  the Plaintiff as part of a scheme to prevent the Plaintiff from
19  knowing the true term and conditions of the Mortgage Loan prior to
20  entering into that Mortgage Loan and preventing the Plaintiff from
21  rescinding the Mortgage Loan. If she ever discovered the true terms
22  and conditions of the Mortgage Loan by using the forged Deed of Trust
23  as the basis for arguing that the Plaintiff's right to rescind the
24  Mortgage Loan under federal law had expired.
25  2. This action seeks rescission of the Mortgage Loan and statutory,
26  compensatory, and punitive damages to vindicate the violation of the
27  JOSEFINA RAMOS' federal and state rights.
28

COMPLAINT FOR RESCISSION

3. JOSEFINA RAMOS also seeks punitive damages against the Defendants in order To punish and set example for the wrongful conduct in violating federal and state laws resulting in injury and damages to her.

4. JOSEFINA RAMOS also seeks reasonable costs of litigation, including, but not limited to, attorneys' fees.

## JURISDICTION AND VENUE

5. This action arises under 15 U.S.C. § 1635, 12 C.F.R. §226, 15 U.S.C. §§2601 and 2614, 12 C.F.R. §3500, and under California statutory and common law.

6. This court has jurisdiction over the Federal claims in this action based on 18 U.S.C. §§ 1331 and 1343 and 42 U.S.C. §1983 which confer original jurisdiction on federal district courts in suits to address the deprivation of rights secured by federal law. This court also has supplemental jurisdiction over the pendant state law claims because the state law claims are so related to the federal claim that they form part of the same case or controversy under Article III of the United States Constitution, pursuant to 28 U.S.C. §1367.

7. The unlawful conduct, illegal practices, and acts complained of alleged in this Complaint were all committed in the Central District of California and the involved real property is located in the Central District of California. Therefore, Venue properly lies in this District, pursuant to 12 U.S.C. §2614 and 28 U.S.C. § 1391(b).

## PARTIES

8. Plaintiff JOSEFINA RAMOS are residents in California, and the real property secured by a deed of trust under the Mortgage Loan is located in MONTEBELLO, California.

COMPLAINT FOR RESCISSION

1

**DEFENDANTS**

2   9. Plaintiff is informed and believes, and thereon alleges, that

3   Defendant ONE WEST BANK FSB (hereinafter "ONE WEST") is a national

4   banking institution, whose exact business form is unknown and at all

5   times mentioned herein was Conducting business in California.

6   Plaintiff is informed and believes that Defendant ONE WEST BANK is the

7   owner of the Mortgage Loan.

8   10. Plaintiff is informed and believes, and thereon allege, that

9   Defendant ONE WEST BANK is a wholly owned subsidiary of ONE WEST BANK

10  FSB and at all times mentioned herein was conducting business in

11  California. Plaintiff is informed and believes that Defendant ONE WEST

12  BANK is the servicer of the Mortgage Loan.

13  11. Plaintiffs are informed and believe, and thereon allege, that

14  Defendant QUALITY LOAN SERVICE CORP Trustee Services ("Trustee

15  Services") whose exact business Form is unknown and at all times

16  mentioned herein was conducting business in California. Plaintiff is

17  informed and believes that Defendant Trustee Services is the

18  subsequent trustee of the Mortgage Loan and an agent of ONE WEST BANK.

19  12. Plaintiff is informed and believes, the licensed real estate

20  broker and Notary Public which Licenses were issued by the California

21  Department of Real Estate, were agents acting on behalf of ONE WEST

22  BANK, conducting business In California.

23

24          **FACTS COMMON TO ALL CLAIMS OF RELIEF**

25  13. As a Result of the failure of ONE WEST BANK to provide all of the

26  disclosures required by State and federal law, and as a result of the

27  false, fraudulent, and/or deceitful Representations made to the

28

COMPLAINT FOR RESCISSION

1 | Plaintiffs concerning the terms of the Mortgage Loan, Plaintiff is
2 | entitled to rescind the Mortgage Loan.
3 | 14. Plaintiff is also informed and believes, and thereon alleges, that
4 | the Defendant and one or more of its agents conspired to withhold
5 | disclosing the Truth-in-Lending disclosure Form required by federal
6 | law.
7 | 15. That the Mortgage Loan entered into is a federally related
8 | mortgage loan as that Term is defined in the Real Estate Settlement
9 | Procedures Act at 12 U.S.C. §2602(1).
10 | 16. Plaintiff is informed and believes, Neither the Broker, its
11 | principals nor ONE WEST BANK never Disclosed to the Plaintiff that the
12 | entity acting as Mortgage Broker would also be acting as the
13 | Settlement Agent and would be receiving fees and other funds in
14 | connection with such role at any time prior to the delivering of the
15 | final Settlement Statement to Plaintiff after entering into the
16 | Mortgage Loan.
17 | 17. Plaintiff is informed and believes, and thereon alleges, that ONE
18 | WEST BANK gave and Broker Agent accepted and received fees, payments
19 | and other things of value, in return for the referral of the Mortgage
20 | Loan to ONE WEST BANK such giving accepting of the settlement agent
21 | fees and other things of value in return for the referral of the
22 | Mortgage Loan by Broker to ONE WEST BANK was in violation of 12 U.S.C.
23 | §2607(a).
24 | 18. The agency responsible for enforcing RESPA and its implementing
25 | regulation, Regulation X, the United States Department of Housing and
26 | Urban Development ("HUD"), issued a Statement of policy in 1999
27 | establishing two-part test for determining the legality of certain
28 | lender payment to mortgage Brokers under RESPA as follows:

COMPLAINT FOR RESCISSION

(1) Whether goods or facilities were actually furnished or the services were actually performed for the Compensation paid, and;

(2) Whether the payments are reasonably related to the value of the goods or facilities that were actually furnished or services that were actually performed.

19. In 2001, HUD clarified its interpretation of §§2607(a) and (b) when it issued its RESPA Statement of Policy 2001-1 entitled Clarification of Statement of Policy 1999-1 regarding Lender Payments to Mortgage Brokers, and Guidance Concerning Unearned fees Under Section 8(b). ("Statement of Policy 2001-1.") HUD's 2001-1 Policy of Statement explains that the second prong of its two-part test to determine the legality of lender payments to mortgage brokers may not be satisfied when the loan brokers does not offer the borrower the option to pay a lower amount of total fees upfront.

20. Plaintiff is informed and believes, and thereon alleges, that ONE WEST BANK and others knowingly and wilfully conspired and agreed among themselves to commit the acts described of herein with the intent to deprive Plaintiff of an amount to be determined and proven at trial but in an amount that exceeds $15,000.00

21. Plaintiff is informed and believes, and thereon alleges, that ONE WEST BANK and its agents did the acts and things herein alleged pursuant to, and in furtherance of, the Conspiracy and above-alleged agreement.

22. Plaintiff is informed and believes, and there on alleges, that ONE WEST BANK and its agents furthered the conspiracy by cooperation or lend aid and encouragement to, or ratified and adopted the acts of each other.

COMPLAINT FOR RESCISSION

23. As a proximate result of the wrongful acts herein alleged, Plaintiff has suffered damages in an amount to be determined and proven at trial but in an amount that exceeds $15,000.00

24. In conspiring and acting in concert as herein alleged, ONE WEST BANK, either directly or through the conduct, authorization or ratification by a ONE WEST BANK officer, director, or managing agent, acted wilfully and with the intent to cause injury to the Plaintiff. ONE WEST BANK is guilty of malice, oppression, and/or fraud in conscious disregard of the Plaintiffs' rights, thereby warranting and assessment of punitive damages in an amount appropriate to punish ONE WEST BANK and to STOP others from engaging in similar conduct.

### FIRST CLAIM FOR RELIEF

### (Against Defendant ONE WEST BANK, and DOES 1-50 for Rescission and Damages Pursuant to 12 U.S.C. §1635, et.seq.)

25. Plaintiff re-alleges and incorporates by reference in this Claim for Relief each allegation set forth in paragraph 1 through 24 above.

26. The Mortgage Loan is subject to the federal Truth-in-Lending Act and its Implementing regulation, Regulation Z, because the Borrower under the Mortgage Loan, JOSEFINA RAMOS, is an individual and not corporation, partnership, or other entity, and because Plaintiff JOSEFINA RAMOS used the loan proceeds for personal, family, or household purposes, and because the amount borrowed was, and is, subject to a finance charge and is to be repaid in 5 or more instalments, and because the Mortgage Loan is secured by Plaintiff's principal dwelling. Furthermore, the Mortgage Loan is not subject to any of the exemptions set forth in the Truth-in-Lending Act and Regulation Z and it was not a loan for business purposes.

26. Because of the Mortgage Loan is subject to the Truth-in-Lending Act and Regulation Z, ONE WEST BANK and its agents were required to deliver to the Plaintiff, among other things, Good Faith Estimate, Notice of Right to Cancel. ONE WEST BANK and its agents failed to deliver the required disclosures and Right to Cancel to Plaintiff JOSEFINA RAMOS.

27. Therefore, the right to rescind the Mortgage Loan is extended to three-years.

28. Plaintiff exercised her rights under the California and federal laws by notifying ONE WEST BANK, and QUALITY LOAN SERVICE CORP Trustee Services of rescission of the Mortgage Loan and tender under such rescission.

29. ONE WEST BANK, and Trustee Services failed to take actions as required under the Truth-in-Lending Act and Regulation Z.

30. As a direct and proximate result of defendant's failure to take action in response to Plaintiff's proper Notice of Rescission, Plaintiff suffered damages in an amount to be proven at trial.

### SECOND CLAIM FOR RELIEF

### (Against Defendant ONE WEST BANK, and DOES 1-50 For Damages Pursuant to 12 U.S.C. §2607)

31. Plaintiff re-alleges and incorporates by reference in this Claim for Relief each allegation set forth in paragraph 1 through 30 above.

32. The Mortgage Loan is a federally related mortgage loan and is subject to the Federal Real Estate Procedures Act (RESPA) and its implementing regulation, Regulation X.

33. Defendant ONE WEST BANK, never responded to Plaintiff.

34. Because the Mortgage Loan is subject to RESPA and Regulation X, all Defendants were required to comply with section 6 of RESPA

COMPLAINT FOR RESCISSION

appearing at 12 U.S.C. §2605. Section 6 violations are further defined by Regulation X and 24 C.F.R. §3500.21(e) as "Duty of loan servicer to respond to borrower inquiries."

35. ONE WEST BANK violated section 6 of Regulation X upon receipt of inquiries including but not limited to:

    a. Failure to respond and take action upon receipt of Plaintiff's Qualified Written Request as required by law.

    b. Failure to make appropriate corrections in the account of the borrower, including the crediting of any late charges or penalties, and transmit to the Borrower a written notification of the correction.

    c. Failure to protect Plaintiffs credit rating upon receipt of Plaintiffs "QWR" by continuing to furnish adverse information regarding payments to credit reporting agencies as defined in section 603 of the Fair Credit Reporting Act, 15 U.S.C. 1681 a.

36. As a direct and proximate result of the violations of RESP and Regulation X by ONE WEST BANK, Plaintiff suffered damages in an amount to be proven at trial.

### THIRD CLAIM FOR RELIEF

### (Against Defendant ONE WEST BANK: AGENTS And DOES 1-50 Pursuant to California unfair Business Practice-Business and Professions §17200 et.seq.)

37. Plaintiff re-alleges and incorporates by reference in this Claim for Relief each allegation set forth in paragraphs 1-36 above.

38. Defendants have falsely, fraudulently and deceitfully represented to the Plaintiff as aforesaid which representations were relied upon by the Plaintiff Resulting in consummation of the Mortgage Loan and to

COMPLAINT FOR RESCISSION

1 | the damage of Plaintiff in violation of the Consumer Credit Protection
2 | Act, as foresaid.

3 | 39. These defendants along with ONE WEST BANK violated the Real Estate
4 | Settlement Procedures Act as set forth herein and the allegations of
5 | which are hereby incorporated in this cause of action by this
6 | reference.

7 | 40. Such unfair, fraudulent and deceptive acts and omissions, and
8 | violation of state Law are unfair business practices and constitute a
9 | violation of California Common law and California Business &
10 | Professions Code §§17200, et seq. Plaintiff reserves the right to
11 | identify additional unfair, fraudulent, or deceptive practices, or
12 | unlawful or unfair practices, by Defendants as may be established
13 | through discovery.

14 | 41. As direct and proximate result of the unfair, fraudulent, and
15 | deceptive conduct describe above, as well as the result of their
16 | unlawful and unfair business practices as described above, this
17 | defendant has been and will be unjustly enriched.

18 | 42. Plaintiff, pursuant to California Business & Professions Code
19 | §17203, seeks an Order of this Court enjoining these Defendants from
20 | further withholding and confiscating any of the monies, funds and
21 | property due to the Plaintiff as a result of the unfair business
22 | practices alleged herein, and compelling this Defendant to:

23 | a. Make restitution to Plaintiff for all funds unfairly,
24 | unlawfully, fraudulently, and deceptively obtained and retained by all
25 | Defendants identified herein and/or its agent as a result of the
26 | wrongful acts as alleged herein and their violation of California
27 | common law and California Business & Professions Code §§17200 et sew.;
28 | and

COMPLAINT FOR RESCISSION

b. Disgorge all revenues acquired and retained by all Defendants identified herein and/or its agent as a result of the unfair, fraudulent, deceptive, unlawful business practices alleged herein; and

c. To take steps and actions reasonably and sufficiently necessary to rescind the Mortgage Loan and to void any and all deeds of trust or other legal documents pertaining to the property securing the Mortgage Loan.

43. Plaintiff is entitled to restitution of her property (tangible and intangible) and money and funds, as that property, money and funds existed prior to the wrongful actions and conduct of all Defendants identified herein and/or its agents.

44. Plaintiff also seeks such additional equitable relief as may be necessary to provide a complete remedy for Defendants identified herein and/or its agent's wrongful actions and conduct, including without limitation, injunctive relief, restitution, and restoration of their unencumbered title interest in the real property.

45. Pursuant to federal law, Defendants identified herein, acting as a lender, owned statutory duties to the Plaintiff.

46. Despite the statutory duties owned to the Plaintiff, Defendants identified herein violated those statutory duties and, as a result thereof, took advantage of its relationship with the Plaintiff and has been, and is being, unjustly enriched thereby.

47. As a direct and proximate result of the breach of fiduciary duties, these Defendants have been unjustly enriched, and the Plaintiff has been damaged in an amount in excess of $25,000.00

48. These Defendants, in committing wrongful acts described herein, acted with malice, fraud, and oppression toward Plaintiff, in a conscious disregard of Plaintiff's rights.

COMPLAINT FOR RESCISSION

1

**FOURTH CLAIM FOR RELIEF**

**(Against ONE WEST BANK, QUALITY LOAN SERVICE CORP Trustee Services**

**and DOES 1-50 For QUIET TITLE Cal. Code Civ. Proc. 761.010 et.esq.)**

49. Plaintiff re-alleges and incorporated by reference in this Claim for Relief each allegation set forth in paragraphs 1 through 48 above.

50. Defendants ONE WEST BANK and QUALITY LOAN SERVICE CORP Trustee Services wrongfully claim an interest in the property.

51. The Property's legal description is:

**(221 N. SPRUCE ST, MONTEBELLO, CALIFORNIA 90640)**

**Assessor's Parcel No.: 6345-019-019**

52. Plaintiff claims title to the Property and seeks an order from the Court confirming her title.

53. ONE WEST BANK and QUALITY LOAN SERVICE CORP Trustee Services claims title to the property by virtue of forged deed of trust and voided deed of trust.

54. A determination is sough as of the filing of this complaint.

55. Plaintiff prays for a determination of their title against adverse claim.


**FIFTH CLAIM FOR RELIEF**

**(Against All Defendants ONE WEST BANK, and Trustee Service For**

**PRELIMINARY INJUNCTION)**

56. Plaintiff re-alleges and incorporated by reference in this Claim for Relief each allegation set forth in paragraphs 1 through 55 above.

57. Plaintiff moves this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for a Preliminary Injunction against the Defendants enjoining them from taking any action to transfer any interest putatively held by the Defendants in the RAMOS residence

located at 221 N. SPRUCE ST, MONTEBELLO, CA 90640 or to encumber the Plaintiff interest in that property. In support of their Motion, the Plaintiff state as follows:

a. The Plaintiff will suffer immediate and irreparable harm if the Defendants should transfer any interest in the RAMOS property;

b. Plaintiff has no adequate remedy at law should the Defendants affect such a transfer;

c. Plaintiff is likely to prevail on the merits of her claims;

d. The balance of the hardships tips decidedly in favor of granting the requested injunction, in as much as the cost to the Defendants of enjoining any such transfer is negligible when compared to the potential harm the Plaintiff faces if she loses her dwelling and property prior o these proceedings ending.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against these Defendants, as to all causes of actions, as follows:

1. For general and special damages according to proof;

2. For exemplary and punitive damage;

3. For Plaintiff's reasonable attorneys' fees and costs necessary to obtain these relief;

4. For rescission of the Mortgage Loan;

5. For an order voiding any Deed of Trust in connection with the Mortgage Loan.

COMPLAINT FOR RESCISSION

6. For permanent injunction against this Defendant, its subsidiary, affiliates, successors, agents, servants, officers, directors, employees, and all persons acting in concert with them, directly, or indirectly, from engaging in the improper, unlawful, unfair, fraudulent, and/or deceptive conduct as described above and according to proof;

7. For an order of restitution requiring this Defendant to disgorge all revenues acquired from Plaintiff by means of unlawful, unfair, fraudulent and/or deceptive acts or practices as more fully described above and according to proof;

8. For prejudgment interest as allowed by law;

9. For an order that this Defendant involuntary trustee for the proceeds and property resulting from ONE WEST BANK and/or its agent's wrongful actions of all money, proceeds and property wrongfully acquired by them;

10.   For declaration and order that this Defendant release and re-convey any deed of trust or other document signed or entered into and subsequently recorded in connection with the Mortgage Loan;

11.   For an order voiding any deed of trust and any other document signed or entered into by the Plaintiff in connection with the mortgage loan;

12.   For an order requiring this Defendant to return all monies, proceeds, payments, funds, revenues, fees and the like acquired from the Plaintiff as a result of or arising from Mortgage Loan;

13.   For an order Forfeiture of return of any loan proceeds;

14.   For statutory damages according to proof;

15.   For costs of suit herein incurred; and

COMPLAINT FOR RESCISSION

16.    For such other and further relief as this Court may deem just and proper.

Dated: JANUARY 27, 2011

*Josefina Ramos*

JOSEFINA RAMOS, Plaintiff

**VERIFICATION**

I verify that the foregoing Complaint for Rescission has been reviewed by me; and that the allegations are true and correct to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Montebello, California January 27, 2011.

*Josefina Ramos*

JOSEFINA RAMOS, Plaintiff

COMPLAINT FOR RESCISSION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15          **Exhibit 1**
16
17
18
19
20
21
22
23
24
25
26
27
28

This page is part of your document - DO NOT DISCARD



## 20110131304



Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

01/25/11 AT 08:00AM

Pages:
0003

| | |
|---|---|
| FEES: | 18.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 18.00 |



LEADSHEET



201101250110007

00003653995

003121230

SEQ:
02

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED

t35

2.

Trustee's Deed Upon Sale
1· · P a g e

Recording requested by:

When recorded mail to:

OneWest Bank, FSB
2900 Esperanza Crossing
Austin, TX 78758

01/25/2011

*20110131304*

Forward tax statements to the address given above

TS #: CA-09-302761-TC
Order #: 090540822-CA-DCI
A.P.N.: 6345-019-019

Space above this line for recorders use

# Trustee's Deed Upon Sale

Transfer Tax: $0.00

The undersigned grantor declares:
The grantee herein IS the foreclosing beneficiary.
The amount of the unpaid debt together with costs was:     $768,775.85
The amount paid by the grantee at the trustee sale was:     $424,721.25
The documentary transfer tax is:                            None
Said property is in the City of:  **MONTEBELLO**, County of **LOS ANGELES**

**QUALITY LOAN SERVICE CORPORATION** , as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby **GRANT** and **CONVEY** to

**Deutsche Bank National Trust Company, as Trustee of the IndyMac INDX Mortgage Trust 2007-AR17, Mortgage Pass-Through Certificates, Series 2007-AR17 under the Pooling and Servicing Agreement dated June 1, 2007**

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of  LOS ANGELES, State of California, described as follows:

**LOT 44 OF TRACT NO. 5662, SHEETS NOS. 1 AND 2, IN THE CITY OF MONTEBELLO, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 60 PAGE (S) 79 AND 80 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.**

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by **JOSEFINA  RAMOS A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**, as trustor,

Trustee's Deed Upon Sale
2 | Page

dated 5/3/2007, and recorded on 5/10/2007 as instrument number 20071137842, in Book xxx, Page xxx, of Official Records in the office of the Recorder of LOS ANGELES, California, under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed trustee, default having occurred under the Deed of Trust pursuant to the Notice of Breach and Election to Sell under the Deed of Trust recorded on 7/27/2009, instrument no 09-1136077, Book , Page , of Official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b

Default occurred as set forth in a Notice of Breach and Election to Sell which was recorded in the office of the Recorder of said County.

All requirements of law regarding the mailing of copies of notices or the publication of a copy of the Notice of Breach and Election to Sell or the personal delivery of the copy of the Notice of Breach and Election to Sell and the posting and publication of copies of the Notice of Sale have been complied with.

Said property was sold by said Trustee at public auction on 1/18/2011 at the place named in the Notice of Sale, in the County of LOS ANGELES, California, in which the property is situated. Grantee, being the highest bidder at such sale, became the purchaser of said property and paid therefore to said trustee the amount being $424,721.25 in lawful money of the United States, or by the satisfaction, pro tanto, of the obligations then secured by said Deed of Trust.

Date:
1-20-11

QUALITY LOAN SERVICE CORPORATION

By: Karla Sanchez, Assistant Secretary

State of: **California**)
County of: **San Diego**)

On 1.20.2011 before me, **Michelle Nguyen** a notary public, personally appeared **Karla Sanchez,** who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)
Michelle Nguyen

MICHELLE NGUYEN
Commission # 1885573
Notary Public - California
San Diego County
My Comm. Expires May 8, 2014

THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☑) | DEFENDANTS |
|---|---|
| JOSEFINA RAMOS | 1. ONE WEST BANKING FSB,<br>2. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC,<br>3. QUALITY LOAN SERVICE CORP, |
| LOS ANGELES | UNKNOWN |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| SAME | N/A |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff    ☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:    JURY DEMAND:** ☐ Yes   ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No    ☐ **MONEY DEMANDED IN COMPLAINT: $** 80,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
TITLE 5 USC Section1635, TITLE 12 CFR 226.3 and TITLE 12 USC et. seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS<br>PERSONAL INJURY | TORTS<br>PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 465 Other Immigration Actions | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☑ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number    CV 11-00983 GW (JCx)

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events; or
                            ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                            ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                            ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | N/A |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | N/A |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES, CA | N/A |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): *Josephine Ramos*   Date  JANUARY 28, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
JOSEFINA RAMOS
221 N. SPRUCE ST.
MONTEBELLO, CA 90640

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

1. JOSEFINA RAMOS,

                  v.

PLAINTIFF(S)

1. ONE WEST BANK FSB,
2. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, AS NOMINEE FOR INDYMAC BANK FSB,
3. QUALITY LOAN SERVICE CORP,

DEFENDANT(S).

CASE NUMBER

CV 11-00983 GW (JCx)

**SUMMONS**

TO:    DEFENDANT(S): 1) ONE WEST BANK FSB,
               2) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, 3) QUALITY LOAN SERVICE CORP,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _____ JOSEFINA RAMOS _____, whose address is _____ 221 N. SPRUCE ST. MONTEBELLO, CA 90640 _____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                   Clerk, U.S. District Court

Dated:     FEB - 1 2011

                                By:     ADRIENE MORRIS
                                        Deputy Clerk

                                      (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

FOR OFFICE USE ONLY

CV-01A (12/07)                             **SUMMONS**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV11- 983 GW (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=========================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY